**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**George Washington PARKER,
Jr., Defendant–Appellant.**

No. 12–15762
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 30, 2013.

Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, Terry Flynn, Karen E. Rhew–Miller, U.S. Attorney's Office, Tallahassee, FL, Pamela C. Marsh, U.S. Attorney's Office, Gainesville, FL, for Plaintiff–Appellee.

Gwendolyn Louise Spivey, Randolph Patterson Murrell, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

George Washington Parker, Jr., Coleman, FL, pro se.

Before CARNES, BARKETT and BLACK, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for George Washington Parker, Jr. in this appeal of the district court's denial of Parker's 18 U.S.C. § 3582(c)(2) motion for a sentence reduction, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Therefore, counsel's motion to withdraw is **GRANTED,** and the denial of Parker's § 3582(c)(2) motion is **AFFIRMED.**